# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CR264 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JULIO SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following the defendant Julio Santiago's (Santiago) appearance before the court on March 17, 2006, on a Petition for Action on Conditions of Pretrial Release. Following a determination that Santiago's conditions of release should be revoked, counsel for Santiago requested that the progression of the case be delayed pending a request by Santiago to reinstate a motion to suppress.

**IT IS ORDERED:**

1. Santiago shall have **to on or before March 27, 2006**, in which to petition the court to reinstate any motion to suppress.

2. Trial of this matter is scheduled before Judge Laurie Smith Camp and a jury commencing **at 8:30 a.m. on Tuesday, May 16, 2006**, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The ends of justice have been served by granting Santiago additional time to determine if he wishes to pursue a motion to suppress and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the request, i.e., the time between **March 17, 2006 and March 27, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge