IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR264** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| **JULIO SANTIAGO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's oral motion to change the time of the sentencing hearing. The Plaintiff has no objection. The Court finds good cause to grant the continuance. Accordingly,

IT IS ORDERED:

1. Defendant's oral motion to change the time of the sentencing hearing is granted; and

2. Defendant's sentencing hearing which is scheduled for **Monday, July 31, 2006**, will be held at **3:30 p.m.**

DATED this 28th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge